United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUSTIN MEDINA, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02357 |
| | § | |
| LIVANOVA PLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On July 17, 2024, the Court consolidated the above-captioned case under Lead Case No. 4:24-cv-2250 (the "Lead Case"). Doc. #7. On April 4, 2025, the Court entered a Final Approval Order approving the parties' settlement in the Lead Case and administratively closed the Lead Case. Doc. #35; Doc. #36. Accordingly, the Court hereby ORDERS that the above-captioned case be ADMNISTRATIVELY CLOSED.

FEB 19 2026
Date

The Honorable Alfred H. Bennett
United States District Judge